IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

JORGE PEREZ-MURILLO                                                                  PETITIONER

VERSUS                                                  CIVIL ACTION NO. 5:04cv328DCB-JCS

CONSTANCE REESE                                                                     RESPONDENT

## FINAL JUDGMENT

This cause is before the court, sua sponte, for consideration of dismissal.  Pursuant to the opinion and order issued this day, it is hereby, ORDERED AND ADJUDGED that this cause be dismissed without prejudice.

SO ORDERED AND ADJUDGED, this the  10th   day of February, 2006.


                                                                  s/ David Bramlette
                                                             UNITED STATES DISTRICT JUDGE